# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00216-CV

**Michael J. Sakewitz, Appellant**

**v.**

**The Texas Department of Health; James Bryant, Individually and in his Official Capacity; and Jackson Kramer, Individually and in his Official Capacity, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-03-001462, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed:  May 1, 2012